UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,                CASE NUMBER: 11-10973

    PLAINTIFF,                HON. JOHN CORBETT O'MEARA

-v-

ANN C. SHARKEY,

    DEFENDANT.
_____/

SHERMETA, ADAMS & VON ALLMEN, P.C.
BY: DEBORAH A. WINSLOW (P63179)
Attorneys for Plaintiff
P.O. Box 80883
Rochester Hills, Michigan 48308
248-519-1700
dwinslow@shermeta.com

ANN C. SHARKEY (P42664)
Acting In Pro Per
132 W. Nepessing St.
Lapeer, MI 48446

_____/

## INDEX OF EXHIBITS TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

| Identifier | Title |
| --- | --- |
| Exhibit 1 | Promissory Note / Contract |
| Exhibit 2 | Certificate of Indebtedness |