STUDENT LOAN MARKETING ASSOCIATION
SMART LOAN Originations Center
P.O. Box 1304
Merrifield, Virginia 22116-1304

# Application/Promissory Note

## Section I: Personal Information          8,275/08      2148

1. LAST NAME: Sharkey    FIRST NAME: Ann    MIDDLE INITIAL: C.
   1A. PRIOR NAME: N/A
   4. DAYTIME TELEPHONE: ---1662
      EVENING TELEPHONE: ---1662
   NUMBER AND STREET: [redacted]
   2. SOCIAL SECURITY NUMBER: ---7066
   CITY: San Francisco   STATE: CA   ZIP: [redacted]
   3. DATE OF BIRTH (MONTH/DAY/YEAR): ---60

5. My Employer is: Panos' Restaurant
   City/State: San Francisco, CA

6. Name and Address of a Relative Who Does Not Live With Me:
   LAST NAME: Sharkey   FIRST NAME: Maureen   MIDDLE INITIAL: R.
   City/State: Chicago, IL

7. Name and Address of a Non-Relative:
   LAST NAME: Vowels   FIRST NAME: Donald
   City/State: Evansville, IN
   TELEPHONE: ---1728

## Section II: Student Loan Information (Please read instructions carefully.)

| 8. NAME AND ADDRESS OF CREDITOR | 9. "X" IN APPROPRIATE (See below) | 10. TYPE OF LOAN (GSL, etc) | 11. INTEREST RATE | 12. DATE OF DISBURSEMENT MONTH/YEAR | 13. ACCOUNT NUMBER | 14. ESTIMATED CURRENT OUTSTANDING BALANCE |
|---|---|---|---|---|---|---|
| 1. Sallie Mae - Loan Servicing Center, P.O. Box 309, Lawrence, KS 66044 | X | GSL | 10.4 | 9/85, 9/86, 9/87 | 066-1 | 17,000 |
| 3. Sallie Mae - Loan Servicing Center, P.O. Box 309, Lawrence, KS 66044 | X | ALAS/SLRP | 10.4 | 9/85, 9/86, 9/87 | 066-1 | 10,000 |
| 5. University Accounting Service, Inc., 180 N. Executive Dr., Brookfield, Wis. 53005 | X | Perkins NDSL | 5 | 9/85, 9/86, 9/87 | 7066 | 2,553.73 |

Enter an "X" in this column if you have selected the loan for consolidation. A
If any of the loans indicated above are GSLs and if you are currently in your grace period on these loans, please complete the upper right hand corner of the application (Item 8A) by writing the word "grace" and indicating the date your grace period will end.
(If you need to list additional loans, attach another sheet.)

To Sallie Mae: By means of this application, I am applying to have my loans consolidated into a SMART LOAN Account at Sallie Mae, as allowed under Section 428C of the Higher Education Act of 1965, as amended ("The Act"). If Sallie Mae accepts this application, it is my understanding Sallie Mae will advance funds on my behalf to creditors who currently hold the loans named above which I herein select for consolidation in my SMART LOAN Account. The funds so advanced by Sallie Mae will be disbursed to the holder(s) of the loans designated above in order to pay off those loans. I further understand that the amount of my SMART LOAN will equal the sum of the amounts which my creditors verify are the pay-off balances on the selected loans. This amount may be more or less than the estimated total balance I have indicated above. The verified total balance on loans to be consolidated exceeds my estimate by $500 or more, Sallie Mae will notify me before originating my loan. If the amount that Sallie Mae advances to my lender exceeds the amount needed to pay off my balance, I understand that the lender will refund the excess to Sallie Mae for application to my account. Similarly, if I am consolidating ALAS (now called SLS, Supplemental Loans for Students) loans and my interest rate on my consolidation loan is higher than 9%, Sallie Mae will notify me prior to originating the SMART LOAN.

## Section III: REPAYMENT OPTIONS/Combined Payment Plan
All Borrowers: Check One                                     HEAL Borrowers:

15. [X] I choose the MAX-2 OPTION with two years of interest-only payments.
    [ ] I choose the MAX-4 OPTION with four years of interest-only payments.
    [ ] I choose a LEVEL PAYMENT PLAN.

16. [ ] Yes, I am applying for a Combined Payment Plan. Please include in this plan all of the HEAL loans listed above.

## Section IV: General Information (Please read and sign in *both* places indicated.)

17. **PROMISE TO PAY**
I, the undersigned borrower, promise to pay to the Student Loan Marketing Association (Sallie Mae) at Student Loan Marketing Association, Payment Processing Center (P.O. Box 5097, Lisle, VA-NJ 05105-0597) (or at such other address as designated by Sallie Mae) such an amount as is advanced on my behalf, to pay daily simple interest on the unpaid principal balance of same at the rate described on the reverse side hereof, all in accordance with a repayment schedule to be furnished to me, and to pay all late charges, reasonable attorney's fees, and other costs permitted by law and incurred by Sallie Mae in the collection of any amount not paid when due. I understand that the amount of my loan will be based on the pay-off balances of loans selected for consolidation as provided by the creditors of such loans and may exceed my estimate of such pay-off balances. My signature below certifies that I have read, understood, and agreed to the conditions and obligations stated on the terms hereon and on the reverse side hereof and have received a copy of this application/promissory note.

**APPLICANT CERTIFICATION**
By my signature I certify that I am in repayment status or in a grace period preceding repayment, and not ninety days or more delinquent on any of the loans I have chosen for consolidation that are listed above. All of the loans selected for consolidation have been made to me to finance my education. I also certify that (1) I have no consolidation loan application pending with another lender and (2) if Sallie Mae does not hold all of my loans selected for consolidation in the section above or (if I have checked yes in the box above) any of my HEAL loans I have sought and been unable to obtain a consolidation loan from the holders of the loans for consolidation. I further certify that I do not owe a refund on any Pell Grant or Supplemental Educational Opportunity Grant, and I am not in default on any GSL, Perkins/NDSL, HEAS/SLS, PLUS, or consolidation loan.
I certify that the above information is true and correct. I have read the materials and understand my rights and responsibilities under the loan consolidation program. This application/promissory note will be governed by Federal law applicable to consolidation loans.

**CRIMINAL PENALTIES**
WARNING: Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines or imprisonment under the United States Criminal Code and Section 490 of the Act.

18. APPLICANT SIGNATURE: X Ann C. Sharkey    DATE: March 6, 1989
    SLMA-3

**PERMISSION TO VERIFY LOAN BALANCES**
To Whom It May Concern: I hereby authorize you to release to Sallie Mae, for purposes of verifying student loan information in order that I may consolidate my student loans into a consolidation loan or enter into a combined payment plan pursuant to the Higher Education Act of 1965, as amended, any information concerning my student loans that Sallie Mae requests in connection with such loan consolidation or combined payment plan. This authorization is for the use of Sallie Mae in consolidating my student loans or rescuing my HEAL loans as part of a combined payment plan. A copy of this authorization may be deemed to be an original.
Your prompt reply and cooperation will help us to expedite my loan consolidation. Thank you.

19. APPLICANT SIGNATURE: X Ann C. Sharkey    DATE: March 6, 1989    ACCT SSC NO: 7066

SALLIE MAE COPY

EXHIBIT 1